UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAUREN ABADIE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 18-14112 |
| TARGET CORPORATION OF MINNESOTA | SECTION "R" (4) |

## **ORDER**

Before the Court is defendant Target Corporation of Minnesota's motion to set deposition fees for its expert witness.[1] Plaintiffs Lauren and Brett Abadie oppose the motion.[2] The Court referred the matter to Magistrate Judge Karen Wells Roby for a report and recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1).

Defendant asks the Court to set the deposition fees for its medical costs analysis expert, John Kocke.[3] In an affidavit, Kocke attests that he generally charges a flat fee of $1,200 for the first hour of a deposition, plus $175 for each additional hour.[4] The $1,200 fee is meant to cover one hour of

---

[1]   R. Doc. 40.
[2]   R. Doc. 45.
[3]   R. Doc. 40.
[4]   R. Doc. 40-3 at 2, ¶ 13.

testimony, the costs of travel, and time spent preparing for the deposition.[5] Because the deposition in this matter would occur over Zoom, Kocke attests that he agreed to a reduced fee of $800 for the first hour of deposition time plus preparation time.[6] Plaintiffs objected to Kocke's proposed billing rate, arguing that they should only need to pay $350—one hour for preparation and one hour for deposition time at Kocke's hourly rate of $175.[7]

Based on the large number of topics that Kocke is expected to testify to, Magistrate Judge Roby found that the $800 fee for the first hour[8] of deposition time was reasonable.[9] She also found that the $175 hourly rate for every hour after the first was reasonable.[10] Accordingly, Magistrate Judge Roby recommended granting Target's motion.[11]

Plaintiffs did not object to the R&R. Thus, the Court reviews it for plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no

---

[5] *Id.*
[6] *Id.* at ¶ 14.
[7] R. Doc. 40-6 at 1.
[8] At Kocke's hourly rate of $175, the $800 fee accounts for one hour of actual testimony, and approximately 3.5 hours of preparation. Magistrate Judge Roby found this reasonable. R. Doc. 46 at 6.
[9] *Id.* at 5-6.
[10] *Id.* at 6.
[11] *Id.*

2

clear error on the face of the record in order to accept the recommendation."). The Court finds no plain error and adopts Magistrate Judge's Roby's R&R as its opinion.

Accordingly, the Court GRANTS Target's motion to set a deposition fee for its medical costs analysis expert. The Court sets the deposition fee for the first hour of Kocke's testimony, including preparation, at $800. The Court also sets the deposition fee to $175 for each hour of deposition testimony after the first.

New Orleans, Louisiana, this __8th__ day of April, 2021.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE